IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. 07-20279-Ma/An |
| vs. ) | |
| ) | 18 U.S.C. § 922(g) |
| KENNETH YOUNG, ) | 21 U.S.C. § 841(a)(1) |
| ) | |
| Defendant. ) | |

INDICTMENT

RECEIVED SEP 2 5 2007

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>

On or about March 8, 2007, in the Western District of Tennessee, the defendant,

------------------------------------- **KENNETH YOUNG** -------------------------------------

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, that is a RG Industries .22 caliber pistol, in violation of Title 18, United States Code, Section 922(g).

## COUNT TWO

On or about March 8, 2007, in the Western District of Tennessee, the defendant,

------------------------------------------- KENNETH YOUNG -------------------------------------------

did unlawfully, knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance as classified by Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

s/Grand Jury Foreperson
FOREPERSON

DATE: Sept. 24, 2007

UNITED STATES ATTORNEY